in open court that the questions involved in this case were similar to those in the cases of People v. Parisi, 148 N. Y. Supp. infra, and People v. Pugliese, 148 N. Y. Supp. infra (decided herewith), in the absence of any return, we are not in a position to consider the merits of the appeal. It follows that the appeal must be dismissed.

---

PEOPLE, Appellant, v. CUSICK, et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 29, 1914.) Proceeding by the People of the State of New York against John J. Cusick and another.

PER CURIAM. As it did not appear before the County Court that the people would lose no rights in this proceeding by the vacation of the forfeiture of the bond, we think the order was improvidently granted. It is true that a new criminal proceeding may be instituted against Dardin, but there is nothing to show that he is now within the jurisdiction of the courts of this state, and that a new warrant after issuance can be executed without unnecessary trouble to the district attorney. The order of the County Court of Kings County is therefore reversed, without prejudice to a renewal of the application for the remission of the forfeiture, on proofs showing that the people would not be hampered thereby.

---

PEOPLE, Respondent, v. EVANS, Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1914.) Proceeding by the People of the State of New York against George Evans. No opinion. Judgment of conviction of the County Court of Kings County affirmed.

---

PEOPLE, Respondent, v. KELSEY, Appellant. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Proceeding by the People of the State of New York against Robert G. Kelsey. No opinion. Judgment of conviction of the County Court of Kings County affirmed.

---

PEOPLE, Respondent, v. MANTANI, Appellant. (Supreme Court, Appellate Division, First Department. June 26, 1914.) Proceeding by the People of the State of New York against Geno Mantani. J. Weber, of New York City, for appellant. L. Fabricant, of New York City, for the People. No opinion. Judgment and order affirmed. Order filed.

---

PEOPLE, Respondent, v. MASSERIA, Appellant. (Supreme Court, Appellate Division, First Department. June 12, 1914.) Proceeding by the People of the State of New York against Giuseppe Masseria. W. G. Keir, of New York City, for appellant. G. Z. Medalie, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

---

PEOPLE, Respondent, v. NELSON, Appellant. (Supreme Court, Appellate Division, Third Department. July 1, 1914.) Proceeding by the People of the State of New York against Alfred Nelson. No opinion. Judgment of conviction affirmed. See, also, 157 App. Div. 883, 141 N. Y. Supp. 1139.

---

PEOPLE, Respondent, v. PARISI, Appellant. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Proceeding by the People of the State of New York against Louis Parisi. No opinion. Judgment and order affirmed.

---

PEOPLE, Respondent, v. PUGLIESE, Appellant. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Proceeding by the People of the State of New York against Raffaele Pugliese. No opinion. Judgment (80 Misc. Rep. 75, 140 N. Y. Supp. 849) and order affirmed.

---

PEOPLE, Respondent, v. RIZZO, Appellant. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Proceeding by the People of the State of New York against Salvatore Rizzo.

PER CURIAM. We think that upon the trial of an indictment for blackmail, in sending a threatening letter in April, it was reversible error to prove an act committed in the following December, similar to the act threatened, and with which the defendant was not connected by any proof. Judgment of conviction, and order, reversed, and new trial granted.

PUTNAM, J., votes to affirm.

---

PEOPLE, Respondent, v. SCHARFSTEIN, Appellant. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Proceeding by the People of the State of New York against David Scharfstein. No opinion. Motion to hear the appeal on the case as proposed by defendant denied. Motion to dismiss appeal denied, on condition that defendant perfect his appeal, place the case on the May calendar, and be ready for argument when reached; otherwise, motion granted. See, also, 147 N. Y. Supp. 946.

---

PEOPLE, Respondent, v. SILVER, Appellant. (Supreme Court, Appellate Division, Second Department. May 29, 1914.) Proceeding by the People of the State of New York against Harry B. Silver. No opinion. Judgment of conviction of the Court of Special Sessions affirmed. See, also, 158 App. Div. 217, 143 N. Y. Supp. 43.

---

PEOPLE, Respondent, v. THOMPSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Proceeding by the People of the State of New York against Grace Thompson. No opinion. Judgment of conviction affirmed.

---

PEOPLE v. VITO. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Proceeding by the People of the State of New York against Michael Vito. No opinion. Motion granted. Order filed.